# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00078-CV

**Wendy Rogers, Appellant**

**v.**

**State of Texas; Eduardo Espinosa, Receiver of Retirement Value, LLC; and
Donald R. Taylor, Receiver of Hill Country Funding, LLC, a Texas Limited Liability
Company and Hill Country Funding, LLC, a Nevada Limited Liability Company,
Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GV-10-000454, HONORABLE GISELA D. TRIANA-DOYAL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Wendy Rogers has filed a motion to abate this appeal, representing that the parties have reached a settlement agreement and that, as soon as the district court approves the agreement, Rogers will file a motion to dismiss the appeal. Accordingly, we grant the motion, abate the appeal, and permit proceedings in the trial court to effectuate the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(C). The appeal shall be abated until such time as Rogers files a motion to reinstate and dismiss the appeal, no later than October 9, 2012. If the agreement is not finalized by that date, Rogers shall file a report advising this Court on the status of the proceedings in the district court.

Before Justices Puryear, Pemberton and Henson

Abated

Filed:   August 10, 2012